**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES II LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 2:16-cv-00980-JRG** |
| **FEDEX CORP., FEDERAL EXPRESS CORP., FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX FREIGHT, INC., FEDEX CUSTOM CRITICAL INC., FEDEX OFFICE AND PRINT SERVICES, INC., and GENCO DISTRIBUTION SYSTEM, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**JOINT PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**

Plaintiff Intellectual Ventures II LLC ("Plaintiff") and Defendants FedEx Corporation, Federal Express Corporation, FedEx Ground Package System, Inc., FedEx Freight, Inc., FedEx Custom Critical, Inc., FedEx Office and Print Services, Inc. and GENCO Distribution System, Inc. (d.b.a. FedEx Supply Chain Distribution System, Inc.) (collectively, "Defendants") respectfully submit the Proposed Jury Instructions attached hereto as Exhibit A, Plaintiff's Proposed Verdict Form attached hereto as Exhibit B, and Defendants' Proposed Verdict Form as Exhibit C.

Dated: April 6, 2018

By: /s/ Jeffrey A. Berkowitz
Jeffrey A. Berkowitz (VA Bar No. 65149)
Email: jeffrey.berkowitz@finnegan.com
Elliot C. Cook (pro hac vice)
Email: elliot.cook@finnegan.com
John Derek McCorquindale
derek.mccorquindale@finnegan
Michael V. Young, Sr. (pro hac vice)
Email: michael.young@finnegan.com
Daniel C. Tucker (pro hac vice)
Email: daniel.tucker@finnegan.com
Joseph M. Schaffner (pro hac vice)
Email: joseph.schaffner@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675
(571) 203-2700
Fax: 202-408-4400

Gerald F. Ivey (pro hac vice)
Email: gerald.ivey@finnegan.com
Aliza George Carrano (VA Bar No. 78510)
Email: aliza.carrano@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000
Fax: (202) 408-4400

Eric H. Findlay (Bar No. 00789886)
Email: efindlay@findlaycraft.com
Roger B. Craft (Bar No. 0004972020)
Email: bcraft@findlaycraft.com
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, TX 75702
(903) 534-1100
Fax: (903) 534-1137

**Counsel for Defendants**
**FedEx Corp., Federal Express Corp., FedEx**

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Edward Chin
Christian Hurt
**THE DAVIS FIRM P.C**.
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com
echin@bdavisfirm.com
churt@bdavisfirm.com

Alan S. Kellman (*pro hac vice*)
Lauren M. Nowierski
Jordan Malz (*pro hac vice*)
Adam Steinmetz (*pro hac vice*)
Kyle G. Petrie (*pro hac vice*)
Kevin K. McNish (*pro hac vice*)
Michael Wueste (*pro hac vice*)
Timothy Li (*pro hac vice*)
Tom BenGera (*pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
akellman@desmaraisllp.com
lnowierski@desmaraisllp.com
jmalz@desmaraisllp.com
asteinmetz@desmaraisllp.com
kpetrie@desmaraisllp.com
kmcnish@desmaraisllp.com
mwueste@desmaraisllp.com
tli@desmaraisllp.com
tbengera@desmaraisllp.com

*Counsel for Plaintiff*
*Intellectual Ventures II LLC*

**Ground Package System, Inc., FedEx Freight,
Inc., FedEx Custom Critical, Inc., FedEx
Office and Print Services, Inc., and GENCO
Distribution System, Inc. (d.b.a. FedEx
Supply Chain Distribution System, Inc.)**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 6th day of April 2018.

/s/ William E. Davis, III
William E.  Davis, III