**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00980-JRG |
| FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX FREIGHT, INC., FEDEX CUSTOM CRITICAL, INC., FEDEX OFFICE AND PRINT SERVICES, INC., GENCO DISTRIBUTION SYSTEM, INC., | § § § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion Regarding Costs and Judgments (Dkt. No. 563) ("the Motion"). Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that, absent any further written agreement between Intellectual Ventures and the FedEx Defendants, these parties shall stay and postpone:

(i)   any payment of costs or fees awarded in this litigation, and

(ii)   execution of any judgment as to costs or fees awarded in this litigation

until all appeals and any remand proceedings concerning this litigation are concluded, or the time to file any notice of appeal concerning this litigation has expired and no such notice has been filed.

In the event Intellectual Ventures' post-trial motions do not ultimately vitiate the taxable costs allowed by the Court in Dkt. No. 557, and in the event Intellectual Ventures additionally exhausts and is unsuccessful in its appeals—or does not timely file a notice of appeal to the Federal

Circuit following this court's decision on Intellectual Ventures' post-trial motions—Intellectual Ventures shall pay the taxable costs set forth in Dkt. No. 557 to the extent not vitiated, with interest set forth by 28 U.S.C. § 1961(a), within 30 days of any final mandate issued by the appellate court, or within 30 days of the notice of appeal deadline, if no notice of appeal is filed by Intellectual Ventures.

**So ORDERED and SIGNED this 19th day of June, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE